UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAHSEN ABOUL,

                Plaintiff,

v.

AMERITANIA 54TH ASSOCIATES, LLC,

                Defendant.

*and*

LAHSEN ABOUL,

                Plaintiff,

v.

AMSTERDAM HOSPITALITY GROUP, LLC,

                Defendant.

No. 19-cv-9986 (RA)
No. 19-cv-9987 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 7, 2022, the Court received status letters from both parties indicating that Plaintiff has submitted his claim for arbitration. The parties are directed to submit an update on the status of arbitration on or before March 1, 2023.

SO ORDERED.

Dated:    November 8, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge